# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 09-201

**STATE OF LOUISIANA**

**VERSUS**

**WAYNE PATTERSON**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 142994
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ELIZABETH A. PICKETT**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Jimmie C. Peters, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED.**

**James Edward Beal**
**Louisiana Appellate Project**
**P. O. Box 307**
**Jonesboro, LA 71251-0307**
**(318) 259-2391**
**Counsel for Defendant-Appellant:**
**Wayne Patterson**

**Charles A. Riddle, III**
**District Attorney, 12th Judicial District Court**
**Miche Moreau**
**Assistant District Attorney**
**P. O. Box 1200**
**Marksville, LA 71351**
**(318) 253-6587**
**Counsel for State-Appellee:**
**State of Louisiana**

**PICKETT, Judge.**

For the reasons assigned in *State v. Patterson*, 09-199 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the defendant's sentence is affirmed.

**AFFIRMED.**